✎ AO 120 (Rev. 3/04)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ Delaware _____ on the following    X Patents or    ☐ Trademarks:

| DOCKET NO.<br>06cv752 | DATE FILED<br>12/8/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE | |
|---|---|---|---|
| PLAINTIFF<br> Parker-Hannifin Corporation | | DEFENDANT<br> Tennrich International Corporation | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 6,387,523 B2 | 5/14/02 | Parker-Hannifin Corporation |
| 2 | US 6,521,348 B2 | 2/18/03 | Parker-Hannifin Corporation |
| 3 | US 6,716,536 B2 | 4/6/04 | Parker-Hannifin Corporation |
| 4 | US 6,777,095 B2 | 8/17/04 | Parker-Hannifin Corporation |
| 5 | | | |
| | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br> PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK | DATE<br> December 11, 2006 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**